## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

JOE CRAIG JONES
ADC #116430                                                                                       PLAINTIFF

V.                              4:07CV00263 JMM/HDY

PULASKI COUNTY REGIONAL
DETENTION FACILITY                                                                            DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims against Defendant Pulaski County Regional Detention Facility are DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant..

2. Plaintiff's claims against Defendants Does are DISMISSED WITH PREJUDICE, and their names are removed as party Defendants.

DATED this __18__ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE