IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOE CRAIG JONES
ADC #116430                                                                                    PLAINTIFF

V.                                           4:07CV00263 JMM

PULASKI COUNTY REGIONAL
DETENTION FACILITY                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  6   day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE